IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF STEPHANIE JANET HARDIE, et al., <br><br>        Plaintiff, <br><br>  v. <br><br>CAL TERHUNE, et al., <br><br>        Defendants. | CV F 01-6494 AWI DLB <br><br>ORDER DISMISSING ACTION PURSUANT TO STIPULATION |

On May 3, 2005, the parties filed a stipulation to dismiss this action pursuant to a settlement agreement between the parties. Based upon the parties' stipulation, the court ORDERS that:

1. This action is DISMISSED in its entirety with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure;

2. Both sides SHALL bear their own costs and attorneys fees; and

3. The court SHALL maintain jurisdiction for 120 days after dismissal to enforce the terms of the settlement agreement.

IT IS SO ORDERED.

**Dated:   May 6, 2005**                      /s/ Anthony W. Ishii
0m8i78                                         UNITED STATES DISTRICT JUDGE